## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**THE YORK GROUP, INC.**                                                                **PLAINTIFF**

**v.**                  **CASE NO. 3:06-MC-00001 GTE**

**YORK SOUTHERN, INC., ELLIS MELTON**
**COMPANY, INC., MELTON COMPANY, INC.,**
**PRESLEY MELTON, MARK MELTON and**
**ADAM MELTON**                                               **DEFENDANTS**

### ORDER ON MOTION FOR ADMISSION OF ATTORNEYS

Presently before the Court are the motions of the Defendants for the *pro hac vice* admission to this Court of Douglas H. Elliott and Gary L. Pate to appear as attorneys of record for and on behalf of Defendants in the above referenced case. Mr. Elliott is a member in good standing of the bar of the State of Texas and is admitted to practice in the United States Court of Federal Claims, the United States District Court for the Southern District of Texas, and the United States District Court for the Eastern District of Texas. Mr. Pate is a member in good standing of the bar of the State of Texas and is admitted to the United States District Court for the Southern District of Texas. Lance R. Miller of the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. is a member in good standing of the bar of the State of Arkansas and the United States District Courts for the Eastern and Western District of Arkansas and will serve as local counsel. For good cause shown, Defendants' motions for admission (Dkt. Nos.3 and 4) shall be, and are hereby, GRANTED.

Dated this 16th day of October, 2006.

                                                                       /s/Garnett Thomas Eisele_____
                                                                       UNITED STATES DISTRICT JUDGE

Case 3:06-mc-00001-GTE   Document 5   Filed 10/16/06   Page 2 of 2